UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
October 29, 2018 11:43 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:__mkc__  SCANNED BY /s/ 10/29/18

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL ALAN FEHLER,

    Defendant.
_____/

FELONY INFORMATION

**1:18-cr-230**
**Janet T. Neff**
**U.S. District Judge**

The United States Attorney charges:

(Conversion of Public Money)

Beginning in or about December 2008 and continuing to in or about July 2017, in the Southern Division of the Western District of Michigan,

MICHAEL ALAN FEHLER

did knowingly and intentionally convert to his own use money of a department and agency of the United States, that is, from the United States Social Security Administration in an amount exceeding $1,000.

18 U.S.C. § 641

Dated: October 29, 2018

ANDREW BYERLY BIRGE
United States Attorney

*/s/ Christopher M. O'Connor*

CHRISTOPHER M. O'CONNOR
Assistant United States Attorney